Mary Beth KUZNIK, Jim Ferlo, Sallie W. Bradley, Merle L. Kuznik, Clare Vaill, Timothy Krupar, William P. Kuznik, Jeffrey Hails, John W. Hetler, Charlene May Hetler, and Matthew Hetler, Appellees

v.

WESTMORELAND COUNTY BOARD OF COMMISSIONERS, Westmoreland County Board of Elections and Pedro A. Cortes, Secretary of the Commonwealth, Appellants

Appeal of Pedro A. Cortes.

Supreme Court of Pennsylvania.

Argued March 1, 2006.

Decided March 2, 2006.

Before: CAPPY, C.J., CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

### ORDER

PER CURIAM.

AND NOW, this 2nd day of March, 2006, the portion of the order granting injunctive relief is hereby VACATED. The portions of the order granting relief upon the action for Declaratory Judgment and the Complaint in Equity are hereby REVERSED. Opinion to follow.